# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| DR ENTERTAINMENT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLUE MOON ENTERTAINMENT, LLC, ) <br> and RYAN UPCHURCH, ) <br> ) <br> Defendants. | NO. 3:21-cv-00817 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 27), which was filed on June 29, 2022. Through the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion to Set Aside Entry of Default (Doc. No. 22) be granted. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' Motion to Set Aside Entry of Default (Doc. No. 22) is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE